1  PETER C. De GOLIA State Bar No. 113103
   CLEMENT, FITZPATRICK & KENWORTHY PC
2  3333 Mendocino Avenue, Suite 200
   Santa Rosa, California 95403-2261
3  Telephone: (707) 523-1181   FAX: (707) 546-1360
   E-Mail: pdegolia@cfk.com
4
   Attorneys for Defendants David R. Madsen
5  Carleen Madsen, Harry E. Polley and Jean
   Polley
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  HOLLYNN D'LIL,              )   CASE NO.  C 07 2678
                  Plaintiff,   )
10                             )
                               )
11 vs.                         )   **BY FAX**
                               )
12 EAST WEST CAFÉ; HISAM SHABOON; )  **STIPULATION FOR**
   DOE TRUST 1; DAVID R. MADSEN; )  **EXTENSION OF TIME TO**
13 CARLEEN MADSEN; HARRY E.    )   **ANSWER COMPLAINT**
   POLLEY; JEAN E. POLLEY; and DOES )
14 2 through 50, Inclusive,    )
                  Defendants.  )
15                             )
   _____

16    **IT IS HEREBY STIPULATED** that defendants East West Café, Hisam Shaboon,

17 David R. Madsen, Carleen Madsen, Harry E. Polley, and Jean E. Polley may have to and

18 including June 29, 2007, to answer the complaint in this matter.

19 DATED: June ___, 2007          THIMESCH LAW OFFICES

20                                By_____
                                    TIMOTHY S. THIMESCH
21                                  Attorneys for Plaintiff

22 DATED: June 13, 2007           CLEMENT, FITZPATRICK & KENWORTHY

23                                By_____
                                    PETER C. DE GOLIA
24                                  Attorneys for the Madsen and Polley Defendants

25 DATED: June 13, 2007           PERRY, JOHNSON, ANDERSON, MILLER &
                                  MOSKOWITZ
26
                                  By_____
27                                  LESLIE R. PERRY
                                    Attorneys for Defendants Hisam Shaboon and East
28                                  West Café

Stipulation for Extension of Time

1  PETER C. De GOLIA, State Bar No. 113103
   CLEMENT, FITZPATRICK & KENWORTHY PC
2  3333 Mendocino Avenue, Suite 200
   Santa Rosa, California 95403-2261
3  Telephone: (707) 523-1181   FAX: (707) 546-1360
   E-Mail: pdegolia@cfk.com
4
   Attorneys for Defendants David R. Madsen
5  Carleen Madsen, Harry E. Polley and Jean
   Polley
6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9  HOLLYNN D'LIL,                      )    CASE NO. C 07 2678
              Plaintiff,                )
10                                      )
   vs.                                  )    **BY FAX**
11                                      )
   EAST WEST CAFÉ; HISAM SHABOON;       )    STIPULATION FOR
12 DOE TRUST 1; DAVID R. MADSEN;        )    EXTENSION OF TIME TO
   CARLEEN MADSEN; HARRY E.             )    ANSWER COMPLAINT
13 POLLEY; JEAN E. POLLEY; and DOES     )
   2 through 50, Inclusive,             )
14            Defendants.               )
                                        )
15 _____

16      **IT IS HEREBY STIPULATED** that defendants East West Café, Hisam Shaboon,

17 David R. Madsen, Carleen Madsen, Harry E. Polley, and Jean E. Polley may have to and

18 including June 29, 2007, to answer the complaint in this matter.

19 DATED: June __, 2007          THIMESCH LAW OFFICES

20                               By_____
                                     TIMOTHY S. THIMESCH
21                                   Attorneys for Plaintiff

22 DATED: June 13, 2007          CLEMENT, FITZPATRICK & KENWORTHY

23                               By_____
                                     PETER C. DE GOLIA
24                                   Attorneys for the Madsen and Polley Defendants

25 DATED: June 13, 2007          PERRY, JOHNSON, ANDERSON, MILLER &
                                 MOSKOWITZ
26
                                 By_____
27                                   LESLIE R. PERRY
                                     Attorneys for Defendants Hisam Shaboon and East
28                                   West Café

Stipulation for Extension of Time