PETER C. De GOLIA State Bar No. 113103
CLEMENT, FITZPATRICK & KENWORTHY PC
3333 Mendocino Avenue, Suite 200
Santa Rosa, California 95403-2261
Telephone: (707) 523-1181   FAX: (707) 546-1360
E-Mail: pdegolia@cfk.com

Attorneys for Defendants David R. Madsen
Carleen Madsen, Harry E. Polley and Jean
Polley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br>        Plaintiff,<br><br>vs.<br><br>EAST WEST CAFÉ; HISAM SHABOON; DOE TRUST 1; DAVID R. MADSEN; CARLEEN MADSEN; HARRY E. POLLEY; JEAN E. POLLEY; and DOES 2 through 50, Inclusive,<br>        Defendants. | CASE NO. C 07 2678<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Upon reading the stipulation executed by the parties in this matter,

**IT IS HEREBY ORDERED** that defendants East West Café, Hisam Shaboon, David R. Madsen, Carleen Madsen, Harry E. Polley, and Jean E. Polley may have to and including June 29, 2007, to respond to the complaint in this matter.

DATED: June ___, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Order for Extension of Time