1  PETER C. De GOLIA State Bar No. 113103
   CLEMENT, FITZPATRICK & KENWORTHY PC
2  3333 Mendocino Avenue, Suite 200
   Santa Rosa, California 95403-2261
3  Telephone: (707) 523-1181   FAX: (707) 546-1360
   E-Mail: pdegolia@cfk.com
4
   Attorneys for Defendants David R. Madsen
5  Carleen Madsen, Harry E. Polley and Jean
   Polley
6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9  HOLLYNN D'LIL,                )   CASE NO. C 07 2678
              Plaintiff,          )
10                                )
   vs.                            )   [PROPOSED] ORDER
11                                )   EXTENDING TIME TO
   EAST WEST CAFÉ; HISAM SHABOON; )   RESPOND TO COMPLAINT
12 DOE TRUST 1; DAVID R. MADSEN;  )
   CARLEEN MADSEN; HARRY E.       )
13 POLLEY; JEAN E. POLLEY; and DOES )
   2 through 50, Inclusive,       )
14            Defendants.         )
                                  )
15 _____

16     Upon reading the stipulation executed by the parties in this matter,

17     **IT IS HEREBY ORDERED** that defendants East West Café, Hisam Shaboon,

18 David R. Madsen, Carleen Madsen, Harry E. Polley, and Jean E. Polley may have to and

19 including June 29, 2007, to respond to the complaint in this matter.

20 DATED: June 19 2007

21     _____
       JUDGE OF THE UNITED STATES DISTRICT COURT
22



Order for Extension of Time