```
Peter C. De Golia, SBN 113103
Clement, Fitzpatrick & Kenworthy
3333 Mendocino Avenue, Suite 200
Santa Rosa, CA  95403
(707) 523-1181
```

Attorneys for Defendants David Madsen, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HolLynn D'Lil,

        Plaintiff(s),

v.

East West Cafe, et al.

        Defendant(s).

No. C 07-2678

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/1/07

_____
Signature

Counsel for  Defendants
(Plaintiff, Defendant or indicate "pro se")