1  LESLIE R. PERRY, SBN 062390
   PERRY, JOHNSON, ANDERSON,
2  MILLER & MOSKOWITZ LLP
   PO Box 1028
3  438 First Street, Fourth Floor
   Santa Rosa, CA 95402-1028
4  Telephone:    (707) 525-8800
   Facsimile:    (707) 545-8242
5

6  Attorneys for Defendants
   East West Café and Hisam Shaboon
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  HOLLYNN D'LIL,                      CASE NO.:   C 07 2678 BZ

12       Plaintiff,                     Civil Rights

13  vs.                                 **CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE**
14  EAST WEST CAFÉ; HISAM SHABOON;
    DOE TRUST 1; DAVID R. MADSEN;
15  HARRY E. POLLEY; JEAN E. POLLEY;
    and DOES 2 through 50, Inclusive,
16
         Defendants.
17  _____/

18       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

20  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

21  proceedings in the case, including trial and order the entry of a final judgment.  Appeal from the

22  judgment shall be taken directly to the United states Court of Appeals for the Ninth Circuit.

23

24  DATED: August 2, 2007

25                                      PERRY, JOHNSON, ANDERSON,
                                        MILLER & MOSKOWITZ LLP
26
                                        By: /s/ Leslie R. Perry
27                                      LESLIE R. PERRY
                                        Attorneys for Defendants
28                                      EAST WEST CAFÉ and HISAM SHABOON