UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HolLynn D'Lil

CASE NO. 07-2678 BZ

Plaintiff(s),

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

v.

East West Cafe, et al.

_____ Defendant(s). _____ /

Plaintiff reports that the joint site inspection occurred on August 14, 2007, and the General Order 56(4) meeting. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: 9/24/2007

_____
Attorney for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."