# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| D'Lil,<br><br>              Plaintiff(s),<br><br>     v.<br><br>East West Cafe,<br><br>              Defendant(s). | 07-02678 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Kenneth H. Natkin**
Law Offices of Kenneth Natkin
1901 Harrison Street, Suite 900
Oakland, CA 94612
510-273-8650

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02678 BZ MED                                             - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: October 12, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand



___

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02678 BZ MED               - 2 -