**FILED**

DEC 2 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

D'Lil,

    Plaintiff(s),

v.

East West Cafe,

    Defendant(s).

No. C 07-02678 BZ MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _December 21, 2007_

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☒ another session scheduled for (date) _Possibly / To be determined_
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: _24 Dec 2007_    _____
Mediator, Kenneth H. Natkin
Law Offices of Kenneth Natkin
1901 Harrison Street, Suite 900
Oakland, CA 94612

Certification of ADR Session
07-02678 BZ MED