```
Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Direct: (925) 588-0401

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (No. 44215)
4258 - 26th St.
San Francisco, CA  94131-1837
Tel: (415) 956-1800
Fax: (415) 282-4228
Email: genefarber@gmail.com

Attorneys for Plaintiff
HOLLYNN D'LIL


PETER C. DEGOLIA, ESQ. (No. 113103)
CLEMENT, FITZPATRICK & KENWORTHY
3333 Mendocino Avenue, Suite 200
Santa Rosa, CA 95403
Tel: (707) 523-1181
Fax: (707) 546-1360

Attorneys for DAVID R. MADSEN; CARLEEN MADSEN; HARRY E. POLLEY; and JEAN E. POLLEY


LESLIE R. PERRY, ESQ., No. 62390
DAPHNE A. BELETSIS, ESQ., No. 142006
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
PO Box 1028
438 First Street, Fourth Floor
Santa Rosa, CA 95402-1028
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for EAST WEST CAFÉ and HISAM SHABOON
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, | CASE NO. C07-2678 BZ |
| | Civil Rights |
| Plaintiff, | |
| v. | **STIPULATION REGARDING FURTHER MEDIATION** |
| EAST WEST CAFÉ; HISAM SHABOON; DOE TRUST 1; DAVID R. MADSEN; CARLEEN MADSEN; HARRY E. POLLEY; JEAN E. POLLEY; and DOES 2 through 50, Inclusive, | |
| Defendants.        / | |

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation Regarding Further Mediation: Case No. C07-2678 BZ**

— 1 —

**STIPULATION**

The parties hereby stipulate to the setting of a further mediation conference on February 14, 2008 at 10 AM at defense counsel Daphne Beletsis' office in Santa Rosa. The defendants have agreed to pay all of the mediator's travel time and travel expenses connected with attending the further mediation. The parties further agreed as a precondition to the holding of the conference that should it fail to achieve a full settlement of the case, or at least full settlement of plaintiff's injunctive relief claims, that this document shall act as a joint stipulation between all parties to seek administrative relief from procedures of General Order 56 and as a request for the setting of a case management conference.

SO STIPULATED.

Dated: February 5, 2008    THIMESCH LAW OFFICES
                           TIMOTHY S. THIMESCH

                           //Signature Authorized//
                           Attorneys for Plaintiff
                           HOLLYNN D'LIL

Dated: February __, 2008   PETER C. DeGOLIA, ESQ.
                           CLEMENT, FITZPATRICK & KENWORTHY

                           //Signature Authorized//
                           Attorneys for Defendants
                           DAVID R. MADSEN, CARLEEN MADESEN,
                           HARRY E. POLLEY, and JEAN POLLEY

Dated: February __, 2008   LESLIE R. PERRY, ESQ.
                           DAPHNE A. BELETSIS, ESQ.
                           PERRY, JOHNSON, ANDERSON, MILLER &
                              MOSKOWITHZ, LLP

                           //Signature Authorized//
                           Attorneys for Defendants
                           DAVID R. MADSEN, CARLEEN MADESEN,
                           HARRY E. POLLEY, and JEAN POLLEY

**STIPULATION**

The parties hereby stipulate to the setting of a further mediation conference on February 14, 2008 at 10 AM at defense counsel Daphne Beletsis' office in Santa Rosa. The defendants have agreed to pay all of the mediator's travel time and travel expenses connected with attending the further mediation. The parties further agreed as a precondition to the holding of the conference that should it fail to achieve a full settlement of the case, or at least full settlement of plaintiff's injunctive relief claims, that this document shall act as a joint stipulation between all parties to seek administrative relief from procedures of General Order 56 and as a request for the setting of a case management conference.

SO STIPULATED.

Dated: February 5, 2008    THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH

//Signature Authorized//
Attorneys for Plaintiff
HOLLYNN D'LIL

Dated: February __, 2008    PETER C. DeGOLIA, ESQ.
CLEMENT, FITZPATRICK & KENWORTHY

//Signature Authorized//
Attorneys for Defendants
DAVID R. MADSEN, CARLEEN MADESEN,
HARRY E. POLLEY, and JEAN POLLEY

Dated: February 7, 2008    LESLIE R. PERRY, ESQ.
DAPHNE A. BELETSIS, ESQ.
PERRY, JOHNSON, ANDERSON, MILLER &
MOSKOWITHZ, LLP

*[signature: Daphne A Beletsis]*
Attorneys for Defendants

*Hisam Shaboon East West Cafe.*

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Stipulation Regarding Further Mediation: Case No. C07-2678 BZ        — 2 —