# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| D'Lil | No. C 07-02678 BZ MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| East West Cafe | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a further mediation on <u>February 14, 2008</u>

2. Did the case settle?  Partial: Injunctive Relief

3. If the case did not settle fully, is any follow-up contemplated?  No.
   another session scheduled for
   phone discussions expected by
   (no)

4. IS THIS ADR PROCESS COMPLETED?  Yes

Dated: 18 Feb 08

_____
Mediator, Kenneth H. Natkin
Law Offices of Kenneth Natkin
1901 Harrison Street, Suite 900
Oakland, CA 94612

Certification of ADR Session
07-02678 BZ MED