Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>Plaintiff,<br><br>v.<br><br>EAST WEST CAFÉ; HISAM SHABOON; DOE TRUST 1; DAVID R. MADSEN; CARLEEN MADSEN; HARRY E. POLLEY; JEAN E. POLLEY; and DOES 2 through 50, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 07-2678 BZ<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT** |

The parties are pleased to report that thanks to the efforts of mediator Kenneth Natkin at two separate mediation conferences and several telephone conferences, they reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The parties have now memorialized the settlement through written agreement.

Therefore, the parties request that this Court dismiss the action with prejudice, and that the

////

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 07-2678 BZ**

Court maintain continuing jurisdiction to interpret and enforce the settlement agreement.

Dated: March 27, 2008

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.
GENE FARBER, ESQ. – Of Counsel

/S/ Signature Authorized
Attorneys for Plaintiff
HOLLYNN D'LIL

**APPROVED AS TO FORM:**

Dated: February __, 2008

PETER C. DeGOLIA, ESQ.
CLEMENT, FITZPATRICK & KENWORTHY

//Signature Authorized//
Attorneys for Defendants
DAVID R. MADSEN, CARLEEN MADESEN, HARRY E. POLLEY, and JEAN POLLEY

Dated: February __, 2008

LESLIE R. PERRY, ESQ.
DAPHNE A. BELETSIS, ESQ.
PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITHZ, LLP

//Signature Authorized//
Attorneys for Defendants
DAVID R. MADSEN, CARLEEN MADESEN, HARRY E. POLLEY, and JEAN POLLEY

**ORDER**

SO ORDERED.

Dated: _____

HON. BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 07-2678 BZ**

— 2 —