Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, | CASE NO. 07-2678 BZ |
| | Civil Rights |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT** |
| EAST WEST CAFÉ; HISAM SHABOON; DOE TRUST 1; DAVID R. MADSEN; CARLEEN MADSEN; HARRY E. POLLEY; JEAN E. POLLEY; and DOES 2 through 50, Inclusive, | |
| Defendants. | |

_____/

The parties are pleased to report that thanks to the efforts of mediator Kenneth Natkin at two separate mediation conferences and several telephone conferences, they reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The parties have now memorialized the settlement through written agreement.

Therefore, the parties request that this Court dismiss the action with prejudice, and that the

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 07-2678 BZ**

1  Court maintain continuing jurisdiction to interpret and enforce the settlement agreement.

2

3  Dated: March 27, 2008           THIMESCH LAW OFFICES
                                   TIMOTHY S. THIMESCH, ESQ.
4                                  GENE FARBER, ESQ. – Of Counsel

5                                  /S/ Signature Authorized
                                   Attorneys for Plaintiff
6                                  HOLLYNN D'LIL

7  **APPROVED AS TO FORM:**

8  Dated: February __, 2008        PETER C. DeGOLIA, ESQ.
                                   CLEMENT, FITZPATRICK & KENWORTHY
9
                                   //Signature Authorized//
10                                 Attorneys for Defendants
                                   DAVID R. MADSEN, CARLEEN MADESEN, HARRY
11                                 E. POLLEY, and JEAN POLLEY

12 Dated: February __, 2008        LESLIE R. PERRY, ESQ.
                                   DAPHNE A. BELETSIS, ESQ.
13                                 PERRY, JOHNSON, ANDERSON, MILLER &
                                        MOSKOWITHZ, LLP
14
                                   //Signature Authorized//
15                                 Attorneys for Defendants
                                   DAVID R. MADSEN, CARLEEN MADESEN, HARRY
16                                 E. POLLEY, and JEAN POLLEY

17

18                                 **ORDER**

19 SO ORDERED.    JURISDICTION IS RETAINED FOR ONE (1) YEAR.

20

21 Dated:  March 28, 2008           _____
                                   HON. BERNARD ZIMMERMAN
22                                 U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction**
**Case No. 07-2678 BZ**

— 2 —