**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
HOLLYNN D'LIL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, | CASE NO. 07-2678 BZ |
| Plaintiff, | Civil Rights |
| v. | **PLAINTIFF'S REQUEST FOR DISMISSAL OF RETAINED JURISDICTION WITH PREJUDICE;** ~~[Proposed]~~ **ORDER** |
| EAST WEST CAFÉ; HISAM SHABOON; DOE TRUST 1; DAVID R. MADSEN; CARLEEN MADSEN; HARRY E. POLLEY; JEAN E. POLLEY; and DOES 2 through 50, Inclusive, | |
| Defendants. | |

**TO THE COURT:**

By Order entered on March 28, 2008, the Court dismissed this action with prejudice, but with retained jurisdiction to interpret and enforce the terms of the written settlement agreement, including injunctive relief. The parties now request that the court discharge its maintenance of jurisdiction. Both plaintiff HolLynn D'Lil and her consultant Karl Danz have inspected the remediations and confirm that defendants have fully complied with terms.

Therefore, plaintiff requests that the Court discharge its retained jurisdiction with

////

---

**Request for Dismissal of Retained Jurisdiction; Order:
Case No. 07-2678 BZ**

1 prejudice.

2

3 Dated: November 8, 2008           THIMESCH LAW OFFICES
                                    TIMOTHY S. THIMESCH, ESQ.
4                                   GENE FARBER, ESQ. – Of Counsel

5                                   /S/ Signature Authorized
                                    Attorneys for Plaintiff
6                                   HOLLYNN D'LIL

7 **APPROVED AS TO FORM:**

8 Dated: Nov. __, 2008              PETER C. DeGOLIA, ESQ.
                                    CLEMENT, FITZPATRICK & KENWORTHY
9
                                    //Signature Authorized//
10                                  Attorneys for Defendants
                                    DAVID R. MADSEN, CARLEEN MADESEN, HARRY
11                                  E. POLLEY, and JEAN POLLEY

12

13 Dated: Nov. __, 2008              LESLIE R. PERRY, ESQ.
                                    DAPHNE A. BELETSIS, ESQ.
14                                  PERRY, JOHNSON, ANDERSON, MILLER &
                                         MOSKOWITHZ, LLP
15
                                    //Signature Authorized//
16                                  Attorneys for Defendants
                                    DAVID R. MADSEN, CARLEEN MADESEN, HARRY
17                                  E. POLLEY, and JEAN POLLEY

18

19

20                                  **ORDER**

21 SO ORDERED.

22

23 Dated: November 10, 2008          _/s/ Bernard Zimmerman_
                                    HON. BERNARD ZIMMERMAN
24                                  U.S. MAGISTRATE JUDGE

25
     **THE CLERK SHALL CLOSE THE**
26   **FILE**.

27

28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal of Retained Jurisdiction; Order:**
**Case No. 07-2678 BZ**                                    — 2 —